

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00526-CV

**IN THE INTEREST OF L.J.G.**, et al., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00461
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the portion of the trial court's order terminating appellant's parental rights is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that no costs be assessed in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED January 10, 2018.

_____
Irene Rios, Justice